IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAUN D. ADAMS,                  :
                                 :
    Petitioner               :
                                 :
  v.                             :   CIVIL NO. 4:CV-15-1439
                                 :
TREVOR WINGARD,                  :   (Judge Brann)
                                 :
    Respondent               :

## **ORDER**

July 29, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's in forma pauperis application is **GRANTED** for the sole purpose of the filing of this action with this Court.

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge